Exhibit A-8

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned Notary Public, on the 25th day of June, 2019, personally appeared Brian R. Herrick, Executive Vice President and Associate General Counsel of BBVA USA, an Alabama banking corporation f/k/a Compass Bank, who being first duly sworn, upon his oath certified that this letter dated March 26, 2019 from the State of Alabama State Banking Department regarding BBVA USA was duly executed and is a true and complete copy of the original.

_____
Brian R. Herrick

Subscribed and sworn to before me this 25th day of June, 2019.

DAMARA QUEZADA
NOTARY PUBLIC · STATE OF TEXAS
ID # 12973518-9
COMM. EXP. 03-12-2022

_____
Notary Public

My commission expires on 3-12-2022

# STATE OF ALABAMA
## STATE BANKING DEPARTMENT



March 26, 2019

Via E-mail and USPS

Mr. Michael P. Carlson
EVP and Deputy General Counsel
BBVA Compass
Daniel Building
15 South 20th Street
Suite 1802
Birmingham, AL 35233

RE: BBVA USA – Request for Letter of No Objection

Dear Mr. Carlson:

    The Department has reviewed your request to use the name "BBVA USA" to qualify to do business in Alabama. Please be advised that the Alabama State Banking Department does not object to the name "BBVA USA" being used to qualify to do business in Alabama. Final approval must come from the Secretary of State's office.

    This approval does *not* constitute a license to engage in any particular activity or indicate a determination that no such license is necessary. Further, it does not itself operate to reserve the name with the Secretary of State as the final approval *must* come from the Secretary of State's office. If you have any further questions, please do not hesitate to contact us.

Best regards,

Elizabeth T. Bressler
General Counsel

ETB:sa

Cc: Mike Hill, Superintendent of Banks