Exhibit A-9

STATE OF ALABAMA

COUNTY OF JEFFERSON

BEFORE ME, the undersigned Notary Public, on the 1st day of July, 2019, personally appeared Matt Geller, Senior Vice President, Senior Corporate Counsel, and Assistant Secretary of BBVA USA, an Alabama banking corporation f/k/a Compass Bank, who being first duly sworn, upon his oath certified that this instrument issued by the Alabama Secretary of State pertaining to the name reservation for BBVA USA was duly executed and is a true and complete copy of the original.

_____
Matt Geller

Subscribed and sworn to before me this 1st day of July, 2019.

_____
Notary Public

My commission expires on 2-19-2022

SUZANNE M. SMITH
NOTARY PUBLIC
STATE OF ALABAMA
COMM. EXP. 02-19-2022

**JOHN H. MERRILL**
SECRETARY OF STATE

**ALABAMA STATE CAPITOL**
MONTGOMERY, AL 36130

# STATE OF ALABAMA

I, John H. Merrill, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

pursuant to the provisions of Title 10A, Chapter 1, Article 5, *Code of Alabama 1975*, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**BBVA USA**

This name reservation is for the exclusive use of COMPASS BANK, 15 SOUTH 20TH STREET, BIRMINGHAM, AL 35223 for a period of one year beginning May 8, 2019 and expiring May 8, 2020.

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

May 8, 2019
Date



RES155550

John H. Merrill                    Secretary of State