United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| **PNC BANK, NATIONAL ASSOCIATION,** § § | |
| **Plaintiff,** § § | |
| VS. § | **CIVIL ACTION NO. 5:22-CV-00078** |
| § § | |
| **MICHAEL A HOCHMAN,** *et al.*, § § | |
| **Defendants.** § | |

## FINAL JUDGMENT

On December 7, 2022, Plaintiff PNC Bank, National Association and Defendants Michael A. Hochman, Michael A. Hochman M.D., P.A., Clear Vision Express, Ltd., Clear Vision Express Tucson, LLC, and CVE Arizona Optometry, LLC filed a Joint Motion to Enter Agreed Judgment (Dkt. 13). In their Motion (Dkt. 13), the Parties notify the Court that they have entered into a Settlement Agreement that resolves all outstanding claims and defenses in the case. (Dkt. 13 at ¶ 1). In accordance with the Parties' Agreement, the Court enters judgment against Defendants, holding them jointly and severally liable, and ORDERS Defendants to pay the following amounts:

- Principal owed in the amount of $2,763,569.77;
- Accrued interest through November 28, 2022 of $189,570.56;
- Late charges of $27,030.21;
- Attorneys' fees and costs in the amount of $83,243.64;
- Accrued interest at the rate of 4.0% per annum from November 29, 2022 through the date of entry of judgment; and
- Post-judgment interest at the agreed upon rate of 4.0% per annum.

IT IS FURTHER ORDERED that PNC shall have all writs of execution and other processes necessary to enforce this judgment.

The Court intends that its jurisdiction end upon this entry of judgment such that it will no longer retain jurisdiction over any disputes that arise under the Settlement Agreement. This case is DISMISSED WITH PREJUDICE. In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." FED. R. CIV. P. 58.

The Court hereby enters this FINAL JUDGMENT.

SIGNED this December 9, 2022.

_____
Diana Saldaña
United States District Judge