IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL A. HOCHMAN,<br>MICHAEL A. HOCHMAN M.D., P.A.,<br>CLEAR VISION EXPRESS, LTD.,<br>CLEAR VISION EXPRESS TUCSON,<br>LLC, and CVE ARIZONA<br>OPTOMETRY, LLC<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 5:22-CV-00078<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SATISFACTION OF JUDGMENT

On the 7th day of December, 2022, in CIVIL ACTION NO. 5:22-CV-00078 pending in the United States District Court for the Southern District of Texas, Laredo Division, PNC Bank,, National Association, Plaintiff in this matter, recovered Judgment against MICHAEL A. HOCHMAN, MICHAEL A. HOCHMAN M.D., P.A., CLEAR VISION EXPRESS, LTD., CLEAR VISION EXPRESS TUCSON, LLC, and CVE ARIZONA OPTOMETRY, LLC , jointly and severally, (the "PNC Judgment").

MICHAEL A. HOCHMAN, MICHAEL A. HOCHMAN M.D., P.A., CLEAR VISION EXPRESS, LTD., CLEAR VISION EXPRESS TUCSON, LLC, and CVE ARIZONA OPTOMETRY, LLC, Defendants in this matter, have fully and timely satisfied their obligation under the Judgment pursuant to the terms of a Settlement Agreement and Amendment thereto with Plaintiff and desire a release. PNC, in consideration of the amount paid by or on behalf of MICHAEL A. HOCHMAN, MICHAEL A. HOCHMAN M.D., P.A., CLEAR VISION EXPRESS, LTD., CLEAR VISION EXPRESS TUCSON, LLC, and CVE ARIZONA

OPTOMETRY, LLC, Defendants in this matter, hereby release from the PNC Judgment and any related abstracts thereof, and declares the PNC Judgment fully satisfied as to each of MICHAEL A. HOCHMAN, MICHAEL A. HOCHMAN M.D., P.A., CLEAR VISION EXPRESS, LTD., CLEAR VISION EXPRESS TUCSON, LLC, and CVE ARIZONA OPTOMETRY, LLC, Defendants in this matter.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: /s/ *Sarah Santos*
Sarah Santos
Attorney-in-Charge for Plaintiff
State Bar No. 24040955
Southern District No. 602646
E-mail: ssantos@dslawpc.com
Landon Hankins
State Bar No. 24100924
Southern District No. 3370321
E-mail: lhankins@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395

**Counsel for Plaintiff PNC Bank, National Association**

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, a true and correct copy of this document was sent to the following by the following methods:

| | | |
|---|---|---|
| Leslie M. Luttrell | _____ | Regular Mail |
| Luttrell + Carmody Law Group | _____ | CMRRR |
| One International | _____ | Hand Delivery |
| 100 N.E. Loop 410, Suite 615 | _____ | Facsimile |
| San Antonio, Texas 78216 | ___X___ | E-mail |
| Telephone: (210) 426-3600 | | |
| E-mail: luttrell@lclawgroup.net | | |
| ***Counsel for Defendants*** | | |

*/s/ Sarah Santos*_____
Sarah Santos